Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

August 12, 2026

***Via ECF***
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **McLean v. Axle of Dearborn, Inc.**
Case No. **1:26-cv-04579-LJL**

Dear Judge Liman:

We represent Plaintiff in the above-referenced matter. We write respectfully to request an adjournment of the upcoming conference currently scheduled for September 1, 2026 until after the parties' mediation.

The parties believe that adjourning the conference until after mediation will conserve judicial and party resources and allow the parties to focus on a potential resolution of this matter. Accordingly, Plaintiff respectfully requests that the Court adjourn the conference to a date after the mediation, which is scheduled for September 9, 2026, at the Court's convenience.

This request is made on consent of Defendants' counsel.

We thank the Court for its consideration.

Respectfully submitted,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

The parties' request to adjourn the Initial Pretrial Conference is GRANTED. The parties are directed to file a letter after the scheduled mediation and no later than September 23, 2026, requesting a rescheduled date for the Initial Pretrial Conference.
Date: August 13, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Cc: Brett Bonfanti, Esq.
Honigman LLP
101 N Main St, Suite 850
Ann Arbor, MI 48104
bbonfanti@honigman.com

Rana Roumayah, Esq.
Honigman LLP
660 Woodward Ave
2290 First National Building
Detroit, MI 48226
rroumayah@honigman.com